**88-1017.** Eubank v. Rose. *Lucas County,* No. L-87-420. Reported at 39 Ohio St. 3d 703, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

Locher, J., dissents.

**88-1087.** Akron v. Bilder. *Summit County,* No. 13369. Reported at 38 Ohio St. 3d 723, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

**88-1195.** Blanke v. Auglaize Cty. Bd. of Mental Retardation. *Auglaize County,* No. 2-87-7. Reported at 38 Ohio St. 3d 723, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

Wright, J., dissents.

**88-1283.** Berezoski v. Ohio State Medical Bd. *Greene County,* No. 87-CA-92. Reported at 38 Ohio St. 3d 723, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

Moyer, C.J., dissents.

On motion for stay. Motion denied.

Moyer, C.J., dissents.

**88-1295.** State v. Mark. *Jefferson County,* No. 87-J-19. Reported at 38 Ohio St. 3d 723, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

**88-1313.** Zackaroff v. O'Leary. *Summit County,* No. 13429. Reported at 38 Ohio St. 3d 724, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

**88-1316.** Rodman v. Seiter. In Habeas Corpus. Reported at 39 Ohio St. 3d 702, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

**88-1326.** State, ex rel. Crenshaw, v. Toledo. In Mandamus. Reported at 39 Ohio St. 3d 702, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

**88-1480.** Cook v. Downey. *Franklin County,* No. 87AP-1075. Reported at 39 Ohio St. 3d 707, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

Sweeney and Douglas, JJ., dissent.

## REHEARING DOCKET

**86-607.** State v. Williams. *Cuyahoga County,* No. 49185. Reported at 38 Ohio St. 3d 346, 528 N.E. 2d 910. On motion for rehearing. Rehearing denied.

Wright and H. Brown, JJ., dissent.

**88-984.** State v. Stewart. *Lucas County,* No. L-87-194. Reported at 38 Ohio St. 3d 722, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

## MISCELLANEOUS DISMISSALS